David A. LeMaster, WSBA# 22874
Attorney for the Defendant
Hackett, Beecher & Hart
1601 Fifth Avenue, Suite 2200
Seattle, WA  98101
Telephone:  (206) 624-2200
Fax:  (206) 624-1767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GWEN ANN MONSON,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY<br><br>Defendant. | NO.  2:14-cv-00095<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Standard Insurance Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a company that is publicly traded on

//

CORPORATE DISCLOSURE STATEMENT  – 1

1 | the New York Stock Exchange.

2 | DATED this 10th day of April, 2014.

3 | s/ David A. LeMaster
David A. LeMaster, WSBA #22874
4 | Attorney for the Defendant
Hackett, Beecher & Hart
5 | 1601 Fifth Avenue, Suite 2200
Seattle, WA 98101
6 | Phone: (206) 624-2200
Fax: (206) 624-1767
7 | E-mail: dlemaster@hackettbeecher.com

CORPORATE DISCLOSURE STATEMENT – 2

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200

1   I hereby certify that on April 10, 2014, I electronically filed the foregoing

2   with the Clerk of the Court using the CM/ECF system, which will send

3   notification of such filing to the following:

4   Kevin W. Roberts, WSBA #29473
    Susan C. Nelson, WSBA #35663
5   Dunn Black & Roberts, P.S.
    111 North Post Street, Suite 300
6   Spokane, WA 99201
    Phone: (509) 455-8711
    Fax: (509) 455-8734
7   kroberts@dunnandblack.com
    snelson@dunnandblack.com
8   *Attorneys for Plaintiff*

9       DATED this 10th day of April, 2014.

10                          s/ David A. LeMaster
                            David A. LeMaster, WSBA #22874
11                          Attorney for the Defendant
                            Hackett, Beecher & Hart
12                          1601 Fifth Avenue, Suite 2200
                            Seattle, WA 98101
13                          Phone: (206) 624-2200
                            Fax: (206) 624-1767
14                          E-mail: dlemaster@hackettbeecher.com

15

16

17

18

19

20

CORPORATE DISCLOSURE STATEMENT  – 3

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200