1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

| | |
|---|---|
| GWEN ANN MONSON, a married individual,<br><br>                     Plaintiff,<br><br>     v.<br><br>STANDARD INSURANCE COMPANY, a foreign insurance company,<br>                     Defendant. | NO:  2:14-CV-95-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

13

14

15

16

17

18

19

20

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss with Prejudice.  ECF No. 13.  Having reviewed the motion and the file, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion to Dismiss, **ECF No. 13**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs or fees to any party.

2.  All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    3.  All scheduled court hearings, if any, are **STRICKEN**.

2        The District Court Clerk is directed to enter this Order, provide copies to

3    counsel, and **close this case**.

4        **DATED** this 9th day of September 2014.

5

6                                    _s/ Rosanna Malouf Peterson_
                                     ROSANNA MALOUF PETERSON
7                                    Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2